In the Matter of the Application for Ancillary Letters
Testamentary on the Will of REBECCA T. R. GAY,
Deceased.

ANNA VON WERNSTEDT et al., Appellants; BENJAMIN
E. HARWOOD, Respondent.

*Matter of Gay* (*Will*), 188 App. Div. 918, affirmed.
(Argued October 6, 1919; decided November 18, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered May 23, 1919, which affirmed a decree
of the New York County Surrogate's Court granting
ancillary letters testamentary upon the will of Rebecca
T. R. Gay, deceased.   The petitioner alleged that he
is a citizen of the United States domiciled in Connecticut;
that the deceased died in France, leaving a will, which
was duly established in accordance with the laws of
France, and in which he is named as universal legatee,
and that under the law of France he is entitled to take

into his possession the personal property of the deceased wherever situated. He further alleged that the deceased left personal property in New York county. Subsequently to the filing of the petition for ancillary letters Anna Von Wernstedt, one of the next of kin of the deceased, made application for permission to intervene in the proceeding, and filed objections to the jurisdiction of the Surrogate's Court to grant ancillary letters on the estate of the deceased. She also asked that the court require the petitioner to commence *do novo* proceedings to probate the will of the deceased in this state. The surrogate held that from an examination of the French Code and the record of the proceeding before the Civil Tribunal of Nice, the will of the testatrix was "established" before that tribunal within the sensible and real meaning of the requirement of section 2629, Code of Civil Procedure, and that the universal legatee, to whom "*envoi en possession*" was granted by that court, is justly entitled to receive ancillary letters.

*George L. Ingraham* and *Julian M. Wright* for appellants.

*Francis M. Scott, Bertram L. Marks, Julian A. Gregory* and *Allen S. Wrenn* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Pound, McLaughlin and Crane, JJ. Absent: Hogan, J.